**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN J. BRUNO**                                                                          **PLAINTIFF**
**ADC #115628**

**v.**                                                     **Case No. 4:24-CV-00896-JM**

**DOES**                                                                                      **DEFENDANT**

## ORDER

Bruno has not complied with the May 18, 2026 Order directing him to file an amended complaint on the court-approved form. *Doc. 21.* The time to do so has expired.

Therefore, this case is dismissed without prejudice due to a lack of prosecution. Fed. R. Civ. P. 41(b); Local Rule 5.5(c)(2). It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

IT IS SO ORDERED this 24th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE