**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JOHN J. BRUNO**                                                                               **PLAINTIFF**
**ADC #115628**

**v.**                                              **Case No. 4:24-CV-00896-JM**

**DOES**                                                                                            **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 24th day of June, 2026.

_____
UNITED STATES DISTRICT JUDGE